IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

       Plaintiff,                                  Criminal No. 14-0003
                                                    ELECTRONICALLY FILED

   v.

GEORGE ORBIN,

       Defendant.

### Order on Motions in Limine (doc. nos. 93, 94, 95, and 96)

And now, this 22nd day of November, 2016, upon consideration of the pending Motions in Limine, and after hearing the oral arguments of counsel thereon at the Preliminary Pretrial Conference this date, it is HEREBY ORDERED as follows:

(1) The Government's Motion in Limine to admit Verizon Business Records at Trial (doc. no. 93) pursuant to Federal Rules of Evidence 803(6) and 902(11) is GRANTED.

(2) The Government's Motion in Limine to Admit Business Records (of Hewlett-Packard Company) at Trial (doc. no. 94), pursuant to Federal Rules of Evidence 803(6) and 902(11) is GRANTED.

(3) The Government's Motion in Limine seeking to preclude the defense from referring either directly or indirectly to potential penalties, statutory maximum or minimums, or sentencing range at any time in the presence of the jury (doc. no. 95) is GRANTED, as such information is irrelevant to the jury's task and is therefore wholly inadmissible.

(4) The Government's Motion in Limine to Preclude Defendant's Own Hearsay Statements and Impermissible Character Evidence (doc. no. 96) is GRANTED. Defendant may not attempt to elicit testimony from witnesses concerning his own statements to these witnesses which are not inculpatory, as any such statements constitute inadmissible hearsay statements. Therefore, Defendant may not introduce his own self-serving statements through the testimony or cross-examination of other witnesses, or in opening statements or closing arguments to the jury. Additionally, Defendant may not elicit or introduce what is known as "good guy" evidence, as such testimony is irrelevant to the crimes charged and not proper character evidence pursuant to Federal Rule of Evidence 404(a)(1).

**SO ORDERED** this 22nd day of November, 2016.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All Registered ECF Counsel and Parties